**UNITED STATES of America, Plaintiff—Appellee,**

v.

**DANG VAN PHAM, a.k.a. John D. Pham, Defendant—Appellant.**

No. 09–50511.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 15, 2011.*

Filed Feb. 17, 2011.

Michael J. Raphael, Esquire, Assistant U.S., Office of the U.S. Attorney, Darwin R. Thomas, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Verna Jean Wefald, Esquire, Attorney at Law, Pasadena, CA, for Defendant–Appellant.

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

### MEMORANDUM **

Dang Van Pham appeals from the 37–month sentence imposed following his

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

guilty-plea conviction for willful failure to pay withheld payroll taxes, and aiding and abetting, in violation of 26 U.S.C. § 7202 and 18 U.S.C. § 2. We dismiss.

Pham contends that the district court's application of the two-level offense role enhancement under U.S.S.G. § 3B1.1(c) is not supported by the record and violates his due process rights. We are precluded from reaching the merits of Pham's claim by a valid appeal waiver. *See United States v. Nunez,* 223 F.3d 956, 958–59 (9th Cir.2000); *see also United States v. Bibler,* 495 F.3d 621, 624 (9th Cir.2007).

**DISMISSED.**